UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gregory Harris, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>U.S. Judge Robert N. Scola *et al.*, )<br>)<br>    Defendants. ) | Case: 1:16-cv-00062  Jury Demand<br>Assigned To : Unassigned<br>Assign. Date : 1/13/2016<br>Description: Pro Se Gen. Civil  (F Deck) |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff is a Florida state prisoner. From the list of defendants, all of whom are in Florida, it appears that plaintiff is suing judicial officers and other individuals connected to his conviction for $50 million each. The complaint, consisting largely of vague accusations and unexplained attachments, fails to provide any notice of a claim. A separate order of dismissal accompanies this Memorandum Opinion.

Date: January 12, 2016

United States District Judge